UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE M. REYNOSO,

                               **Plaintiff,**                **18-CV-06417 (JPO)(SN)**

       -against-                                               **ORDER**

SOUTHERN GLAZER WINE AND SPIRITS, LLC,

                               **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received three email messages from Plaintiff *pro se* Jose Reynoso regarding this case, which was closed on April 4, 2019, following an agreement reached at a settlement conference before the Court.

       In sum, Mr. Reynoso's emails raise his concerns about an alleged payment discrepancy under the settlement agreement. Mr. Reynoso represents he received $[redacted] but states a recollection that the settlement agreement was for $[redacted]. Mr. Reynoso attaches to his July 20, 2020 Email a copy of the executed settlement agreement, which indicates the settlement agreement was for $[redacted], the same amount he acknowledges receiving. This amount is also consistent with the Court's file on the matter, which reflects a settlement for the same sum. Additionally, the case is closed and the time to move to reopen the case has passed. See ECF No. 61.

## CONCLUSION

The case remains closed. To preserve the confidential nature of the settlement agreement, this Order will be filed under seal with a redacted version filed on the public docket.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  August 6, 2020
        New York, New York

CC:     Jose Reynoso (*by Chambers*)
        joemreynoso@aol.com